Núm. 7896.—Quiñones (a) Yeyo, apldo. *v.* Corte, aplte.—Apelación contra Sentencia del Juez Presidente de este tribunal, en funciones de turno. *Mandamus.* Febrero 15, 1939.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Visto el presente recurso con la sola asistencia y argumento del demandado apelante y no habiéndonos convencido de la verdadera existencia de error alguno de naturaleza tal que constituya motivo suficiente para una revocación de la sentencia apelada que dictó el Presidente de este Tribunal en funciones de turno en octubre 26, 1938, por la presente se confirma dicha sentencia.

El Juez Presidente Sr. Del Toro no intervino.

Núm. 165.—Soldevila, recurrente, *v.* Comisión Industrial, dmdada.—Original. Recurso de Revisión. Marzo 15, 1939.

(Por la Corte, a propuesta del Juez Asociado Sr. De Jesús.)

Examinada la solicitud que antecede, y no levantándose en ella cuestión alguna de derecho, se declara no haber lugar a la revisión solicitada, de acuerdo con el artículo 11 de la Ley número 45 de 1935, ((1) pág. 251).